UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:25-CR-72-MOC-WCM |
| ) | |
| v. ) | BILL OF INDICTMENT |
| ) | Violations: |
| RICKY DEAN CLINTON ) | 18 U.S.C. §§ 1114 and 1113 |
| ) | 18 U.S.C. § 924(c) |
| ) | 18 U.S.C. § 111(a) and (b) |
| ) | 18 U.S.C. § 922(g)(1) |

FILED
ASHEVILLE, NC

OCT 07 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

THE GRAND JURY CHARGES:

**COUNT ONE**

On or about August 12, 2025, at approximately 2:00:01PM (EST), in Burke County, within the Western District of North Carolina, the defendant

RICKY DEAN CLINTON

unlawfully attempted to kill, with malice aforethought, officers and employees of the United States and of an agency of the United States Government, and persons assisting officers and employees of the United States and of an agency of the United States Government in the performance of official duties, those being United States Marshals Service Deputies, United States Marshals Service Task Force Officers, and Deputies of the Burke County Sheriff's Office, while engaged in the performance of official duties.

The defendant perpetrated such act by lying in wait, and did so willfully, deliberately, maliciously, and with premeditation.

In violation of Title 18, United States Code, Sections 1114 and 1113.

1

## COUNT TWO

On or about August 12, 2025, at approximately 2:00:01PM (EST), in Burke County, within the Western District of North Carolina, the defendant

RICKY DEAN CLINTON

during and in relation to a crime of violence, that being attempted murder, a violation of Title 18, United States Code, Sections 1114 and 1113, for which he may be prosecuted in a court of the United States, did knowingly and unlawfully use and carry a firearm, and in furtherance of such crime of violence, did knowingly possess a firearm; in violation of Title 18, United States Code, Section 924(c).

It is further alleged that the firearm was discharged in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT THREE

On or about August 12, 2025, at approximately 2:00:15PM (EST), in Burke County, within the Western District of North Carolina, the defendant

RICKY DEAN CLINTON

unlawfully attempted to kill, with malice aforethought, officers and employees of the United States and of an agency of the United States Government, and persons assisting officers and employees of the United States and of an agency of the United States Government in the performance of official duties, those being United States Marshals Service Deputies, United States Marshals Service Task Force Officers, and Deputies of the Burke County Sheriff's Office, while engaged in the performance of official duties.

The defendant perpetrated such act willfully, deliberately, maliciously, and with premeditation.

In violation of Title 18, United States Code, Sections 1114 and 1113.

## COUNT FOUR

On or about August 12, 2025, at approximately 2:00:15PM (EST), in Burke County, within the Western District of North Carolina, the defendant

RICKY DEAN CLINTON

during and in relation to a crime of violence, that being attempted murder, a violation of Title 18, United States Code, Sections 1114 and 1113, for which he may be prosecuted in a court of the United States, did knowingly and unlawfully use and carry a firearm, and in furtherance of such crime of violence, did knowingly possess a firearm; in violation of Title 18, United States Code, Section 924(c).

It is further alleged that the firearm was discharged in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT FIVE

On or about August 12, 2025, at approximately 2:08:05PM (EST), in Burke County, within the Western District of North Carolina, the defendant

RICKY DEAN CLINTON

unlawfully attempted to kill, with malice aforethought, officers and employees of the United States and of an agency of the United States Government, and persons assisting officers and employees of the United States and of an agency of the United States Government in the performance of official duties, those being United States Marshals Service Deputies, United States Marshals Service Task Force Officers, and Deputies of the Burke County Sheriff's Office, while engaged in the performance of official duties.

The defendant perpetrated such act by lying in wait, and did so willfully, deliberately,

maliciously, and with premeditation.

In violation of Title 18, United States Code, Sections 1114 and 1113.

## COUNT SIX

On or about August 12, 2025, at approximately 2:08:05PM (EST), in Burke County, within the Western District of North Carolina, the defendant

RICKY DEAN CLINTON

during and in relation to a crime of violence, that being attempted murder, a violation of Title 18, United States Code, Sections 1114 and 1113, for which he may be prosecuted in a court of the United States, did knowingly and unlawfully use and carry a firearm, and in furtherance of such crime of violence, did knowingly possess a firearm; in violation of Title 18, United States Code, Section 924(c).

It is further alleged that the firearm was discharged in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT SEVEN

On or about August 12, 2025, in Burke County, within the Western District of North Carolina, the defendant

RICKY DEAN CLINTON

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in Title 18, United States Code, Section 1114, those being Deputy United States Marshals, United States Marshals Task Force Officers, and Burke County Sheriff's Deputies, who were engaged in the performance of official duties; and, in the commission of any such acts, used a deadly and dangerous weapon.

In violation of Title 18, United States Code, Sections 111(a) and (b).

## COUNT EIGHT

On or about August 12, 2025, in Burke County, within the Western District of North Carolina, and elsewhere,

RICKY DEAN CLINTON

during and in relation to a crime of violence, that is, assaulting, resisting, and impeding federal officers, a violation of Title 18, United States Code, Section 111, for which he may be prosecuted in a court of the United States, did knowingly and unlawfully use and carry a firearm, and in furtherance of such crime of violence, did knowingly possess a firearm; in violation of Title 18, United States Code, Section 924(c).

It is further alleged that the firearm was discharged in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT NINE

On or about August 12, 2025, in Burke County, within the Western District of North Carolina, and elsewhere,

RICKY DEAN CLINTON

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, that being a Taurus, model PT145 Pro, .45 caliber pistol.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this Bill of Indictment.

b. All firearms or ammunition involved or in the violations set forth in this Bill of Indictment.

The Grand Jury finds probable cause to believe that the following property that was seized on or about August 12, 2025, during the course of the investigation of the offenses herein is subject to forfeiture on one or more of the grounds stated above: one (1) Taurus, model PT145 Pro, .45 caliber pistol.

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

ALEXIS SOLHEIM
ASSISTANT UNITED STATES ATTORNEY